UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF FLORIDA

PENSACOLA DISTRICT

| | |
|---|---|
| IN RE: 3m COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>**This Document Relates to**<br><br>Edwidge Adhemar<br>7:20-cv-46643 | Case No. 3:19-md-2885<br><br>Hon. Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF DESIGNATED FORUM

Pursuant to this Court's orders, Pretrial Orders 22, 29, and 30, Plaintiff designates his forum as the Southern District of Florida.

Date: April 16, 2020

Respectfully Submitted,
HARE, WYNN, NEWELL & NEWTON, LLP

By: /s/ Jason W. Earley
Jason W. Earley (*pro hac vice*)
ALBN 3427Q10M
HARE, WYNN, NEWELL & NEWTON, LLP
2025 Third Avenue North, 8th Floor
Birmingham, AL 35203
jason@hwnn.com
Phone: 205-328-5330
Facsimile: 205-324-2165
*Attorney for Plaintiff Edwidge Adhemar*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that the foregoing Notice of Designation was filed electronically with the Clerk of Court using the CM/ECF system on April 16, 2020 which will serve same electronically on all counsel of record.

/s/ Jason W. Earley