# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF
## FLORIDA PENSACOLA DIVISION

| | | |
|---|---|---|
| IN RE: 3M COMBAT ARMS | ) | Case No. 3:19-md-2885-MCR-GRJ |
| EARPLUG PRODUCTS LIABILITY | ) | |
| LITIGATION | ) | Judge M. Casey Rodgers |
| | ) | Magistrate Judge Gary R. Jones |
| **THIS DOCUMENT RELATES TO:** | ) | |
| | ) | |
| *Edwidge Adhemar* | ) | |
| Civil Case No. 7:20-cv-46643 | ) | |

## NOTICE OF APPEARANCE AND MOTION FOR SUBSTITUTION OF COUNSEL BY CONSENT

Roger Turk of THOMAS J. HENRY INJURY ATTORNEYS hereby enters his appearance in this case pursuant to Pretrial Order No. 3 [ECF No. 4]. Mr. Turk is counsel of record in individual cases directly filed into the MDL. Mr. Turk has completed the administrative requirements outlined in Pretrial Order No. 3 [ECF No. 4], and has been admitted *pro hac vice* pursuant to paragraph IV.A of Pretrial Order No. 3.

This Motion for Substitution of Counsel is made with both Plaintiff Edwidge Adhemar and Plaintiff Counsel of Record, Jason W. Earley's knowledge and consent. Please terminate Jason W Earley's appearance and substitute Roger Turk in place of Mr. Earley as counsel for Plaintiff. Mr. Turk requests all further papers and pleadings in this case be served upon him as listed in the signature block below.

Dated:  May 10, 2021                    Respectfully submitted,


                                        */s/ Roger Turk*
                                        Roger Turk
                                        Thomas J. Henry Injury Attorneys
                                        521 Starr St
                                        Corpus Christi, TX 78401
                                        Telephone: (361) 985-0600
                                        Fax: (361) 985-0601
                                        rlt.3m@tjhlaw.com

                                        *Counsel for Plaintiff*


                                        Edwidge Adhemar
                                        *Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF
# FLORIDA PENSACOLA DIVISION

| | | |
|---|---|---|
| IN RE: 3M COMBAT ARMS | ) | Case No. 3:19-md-2885-MCR- |
| GRJ EARPLUG PRODUCTS LIABILITY | ) | |
| LITIGATION | ) | Judge M. Casey Rodgers |
| | ) | Magistrate Judge Gary R. Jones |
| **THIS DOCUMENT RELATES TO:** | ) | |
| | ) | |
| *Edwidge Adhemar* | ) | |
| Civil Case No. 7:20-cv-46643 | ) | |

## PROPOSED ORDER TO SUBSTITUTE COUNSEL

The Court hereby orders that the request of Plaintiff Edwidge Adhemar to substitute Retained Counsel, Roger Turk TX Bar No. 00788561, of Thomas J. Henry Injury Attorneys, 521 Starr Street, Corpus Christi, TX 78401, phone: (361) 985-0600, fax: (361) 985-0601, email: rlt.3m@tjhlaw.com as attorney of record instead of Jason W. Earley of Hare, Wynn, Newell & Newton, LLP is Hereby approved and ORDERED.

DATE:_____          _____

Judge

## <u>CERTIFICATE OF SERVICE</u>

In compliance with L.R. 5.1(f), the undersigned hereby certifies that a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF electronic filing system which will provide electronic notice of same to all counsel of record.

Dated:  May 10, 2021                              Respectfully submitted,


                                                  */s/ Roger Turk*
                                                  Roger Turk
                                                  Thomas J. Henry Injury Attorneys
                                                  521 Starr St
                                                  Corpus Christi, TX 78401
                                                  Telephone: (361) 985-0600
                                                  rlt.3m@tjhlaw.com